UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN THE MATTER OF                               )        IN PROCEEDINGS UNDER CHAPTER 13

**DAVID J. GARRETSON AND JAMIE O. GARRETSON)    CASE NO. 12-31177 LMW**

    DEBTOR(S)                               )

### ORDER CONFIRMING 1ST AMENDED CHAPTER 13 PLAN

The debtor's plan was filed on  5/23/12, and was amended on 10/3/12.

A summary of the plan, or a summary of the final modification of the plan, was transmitted to the creditors under Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. Section 1325.

IT IS ORDERED THAT:

The debtor's Chapter 13 plan is confirmed, with the following provisions:
1. Payments:

   Amount of each payment:      **$261.93 WEEKLY, BEGINNING 11/16/12.**

   Period of payments: **48** months, and until a 100% dividend **plus 0.17%** interest per annum is paid to creditors holding allowed unsecured non-tax claims, 100% **plus 18%** interest per annum is paid to creditors holding general unsecured and priority municipal tax claims, and 100% **plus 12%** interest per annum is paid to any State of Connecticut Department of Revenue Service general unsecured and priority tax claims, and 100% **plus 3%** interest per annum is paid to any Internal Revenue Service general unsecured and priority tax claims.

   **Payable to:**
   **MOLLY T. WHITON, STANDING TRUSTEE, P O BOX 610, MEMPHIS TN 38101-0610.**

   Payroll Deduction:
   XX   Unless previously ordered, the debtor's employer is ordered to deduct payments from the debtor's earnings, draw checks in the name of the standing trustee, and deliver or mail the same to the standing trustee on or before each due date under further order of this court.
   ___  No payroll deduction is ordered.

2. Attorney's Fees: The debtor's attorney was awarded a fee in the amount of $ 3500.00, of which 0.00 is due and payable from the estate.

3. Employer: **BRANFORD HYUNDAI, INC.**
**Attn: Payroll Dept.**
**Re: Empl. Id. #36 xxx-xx-4966**
**3 LIESL LANE**
**BRANFORD CT 06405-3036**

Dated: October 4, 2012

BY THE COURT

*Lorraine Murphy Weil*
Chief United States Bankruptcy Judge